Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT STAUDMIER,<br>　　　Plaintiff,<br><br>　　　v.<br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br>　　　Defendant. | 6:10-CV-00716-SI<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $9,222.50 pursuant to 42 U.S.C. § 406(b).

This Court previously awarded $4,380.04 in attorney fees pursuant to the Equal Access to Justice

Act, 28 U.S.C. § 2412. Plaintiff's attorney is directed to refund that amount to Plaintiff on

receipt of the attorney fees awarded pursuant to 42 U.S.C. § 406(b).

Dated this ___5ᵗʰ___ day of ___December___, 2013.

Michael Simon
United States District Court Judge